JACOB M. HEATH (Cal. Bar No. 238959)
jheath@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025-1015
Telephone: +1 650 614 7400
Facsimile: +1 650 614 7401

ARAVIND SWAMINATHAN (*Pro Hac Vice*)
aswaminathan@orrick.com
JOHN WOLFE (*Pro Hac Vice*)
wolfe@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
401 Union Street, Suite 3300
Seattle, WA 98101
Telephone: +1 206 839 4300
Facsimile: +1 206 839 4301

*Attorneys for Defendant Joseph Sullivan*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH SULLIVAN,<br><br>Defendant. | Case No.: 3:20-cr-00337-WHO<br><br>**DECLARATION OF JACOB M. HEATH IN SUPPORT OF DEFENDANT'S MOTION FOR EARLY TERMINATION OF PROBATION**<br><br>Hon. William H. Orrick |

# NOTICE OF MOTION

I, Jacob M. Heath, declare as follows:

1. I am a partner at Orrick, Herrington, & Sutcliffe LLP, counsel for Defendant Joseph Sullivan.

2. I am a member in good standing of the State Bar of California and am eligible to practice before state and federal courts.

3. I submit this declaration in support of Defendant Joseph Sullivan's Motion for Early Termination of Probation.

4. Mr. Sullivan has completed all special conditions of probation, including 200 hours of community service and paying a $50,000 fine and $200 Special Assessment Fee.

5. On September 23, 2024, Officer Nicole Brown confirmed U.S. Probation had no objection to Mr. Sullivan's Motion for Early Termination of Probation.

6. On September 24, 2024, Assistant United States Attorney Ross Mazer confirmed the government will provide a formal position after reviewing Mr. Sullivan's Motion for Early Termination of Probation.

7. Attached hereto as **Exhibit A** is a true and correct copy of the email correspondence from September 2024 between defense counsel and U.S. Probation described above in ¶ 5.

8. Attached hereto as **Exhibit B** is a true and correct copy of the email correspondence from September 2024 between defense counsel and the government described above in ¶ 6.

9. Attached hereto as **Exhibit C** is a true and correct copy of a letter from Ukraine Friends to Probation dated November 8, 2023 regarding Mr. Sullivan's volunteer work.

10. Attached hereto as **Exhibit D** are true and correct copies of records from Ukraine Friends detailing Mr. Sullivan's volunteer hours from May 2023 through December 2023.

11. Attached hereto as **Exhibit E** is a true and correct copy of a letter from Mr. Sullivan to the Court dated April 27, 2023.

12. Attached hereto as **Exhibit F** is a true and correct copy of the Guide to Judiciary Policy, Vol. 8, Part E, § 380.10(b) and (d), commonly referred to as Monograph 109.

13. Attached hereto as **Exhibit G** is a true and correct copy of a memorandum from the Committee on Criminal Law of the Judicial Conference of the United States dated February 16, 2012.

I declare under penalty of perjury under the laws of California and the United States of America that the foregoing is true and correct. Executed in San Francisco, California on

September 27, 2024.

*\/s/ Jacob M. Heath*
JACOB M. HEATH