RAVI NARAYAN (CABN 331858)
Attorney for the United States

RAVI NARAYAN (CABN 331858)
Acting Chief, Criminal Division

DAVID J. WARD (CABN 239504)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7200
Facsimile: (415) 436-7234
david.ward@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH SULLIVAN,<br><br>Defendant. | NO. 20-CR-00337 WHO<br><br>**DECLARATION OF DAVID J. WARD IN SUPPORT OF MOTION FOR EXTENSION OF TIME TO FILE RESPONSE BRIEF** |

I, David Ward, declare and state as follows:

I am an Assistant United States Attorney for the Northern District of California assigned to the prosecution of the above-captioned case.

1. On September 24, 2024, defense counsel sent an email informing Assistant United States Attorney Ross Mazer that Defendant Joseph Sullivan intended to file, two days later, on September 26, 2024, a motion for early termination of Probation. AUSA Mazer is assigned

to Sullivan's appeal to the Ninth Circuit of his convictions in this case. Mazer responded that the government would not take a position until it had seen Sullivan's motion.

2. On September 27, 2024, AUSA Mazer entered a notice of appearance in the above-captioned matter, and received notice of the Motion for Early Termination of Probation.

3. On October 2, 2024, I was assigned to manage the district court litigation in this matter. AUSAs Andrew Dawson, Benjamin Kingsley, and Katherine Wawrzyniak, AUSAs who have managed this litigation, are no longer working at the U.S. Attorney's Office. Deputy Criminal Chief Ravi Narayan is currently the Acting U.S. Attorney on this case, based on conflicts of other management personnel.

4. Attached as **Exhibit A** is a true and correct copy of an email exchange on August 3, 2024, with John Wolfe, Aravind Swaminathan, and Ciarra Carr, counsel for Sullivan.

Executed this 4th day of October, 2024, in San Francisco, California.

__*/s/ David Ward*_________
DAVID WARD
Assistant United States Attorney