# Exhibit A

**Ward, David (USACAN)**

**From:** Wolfe, John <wolfe@orrick.com>
**Sent:** Thursday, October 3, 2024 3:50 PM
**To:** Ward, David (USACAN); Carr, Ciarra; Swaminathan, Aravind
**Cc:** Mazer, Ross (USACAN)
**Subject:** [EXTERNAL] RE: Sullivan Early Termination of Probation

Hi David
We have already accommodated the government's request about the noting date for the motion and candidly feel the government has had enough time to evaluate its position on the motion. Accordingly, we are disinclined to further delay the hearing on the motion. If the government elects to file an objection, so be it, we will respond. But we believe such an objection would be inappropriate since Mr. Sullivan has satisfied all probationary conditions along with the fact that the USPO has confirmed it does not object to early termination. Having said this, we would be happy to discuss any questions you might have but we are not willing to agree to further delay.
John Wolfe

**From:** Ward, David (USACAN) <David.Ward@usdoj.gov>
**Sent:** Thursday, October 3, 2024 9:55 AM
**To:** Carr, Ciarra <ccarr@orrick.com>; Swaminathan, Aravind <aswaminathan@orrick.com>; Wolfe, John <wolfe@orrick.com>
**Cc:** Mazer, Ross (USACAN) <Ross.Mazer@usdoj.gov>
**Subject:** Sullivan Early Termination of Probation

[EXTERNAL]

Good Morning Ciarra, Aravind, and John – I have just been assigned to respond to your motion for early termination of probation for Joseph Sullivan. I have read your motion, but I am going to need some time to talk to Probation, and it may be helpful for us to talk, before the government takes a position. I am also out of town part of next week.

So, I'm hoping you will agree to a stipulation giving us until **October 17** to file our response, and then setting a hearing date for either **October 24** or **October 31.**

Let me know if this is agreeable to you and we'll draft a stipulation. Thank you for your understanding on this.

Best,

Dave

**David J. Ward**
Assistant United States Attorney
U.S. Attorney's Office, Northern District of California
Work: (415) 436-6934
Mobile: (415) 361-6146